AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE



2008 MAY 14  AM 8:55

UNITED STATES OF AMERICA

v.

STEVEN TAYLOR

## WARRANT FOR ARREST

CASE NUMBER: 08- 93-M

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **Steven Taylor** when and as stated in the

Criminal Complaint   and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)
knowingly dealing in counterfeit obligations and securities of the U.S., to wit, counterfeit U.S. Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine

in violation of Title __18__ United States Code, Section (s) _473 and 2._

Honorable Mary Pat Thynge
Name of Issuing Officer

_/s/ Thynge_
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

May 9, 2008    Wilmington, DE
Date and Location

by _Hon. Mary Pat Thynge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 544 King St Wilm, DE |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-9-08 | for USSS | William [signature] |
| DATE OF ARREST 5-9-08 | William David Dush | |

AO 442 (Rev. 12/85) Warrant for Arrest